IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:01-cr-00027-MP

YOSVANY BRITO,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 261, Defendant's Motion to Set Aside Forfeiture. This Court entered an Order, Doc. 295, finding that the Defendant's request was untimely unless the government had failed to provide Defendant with notice of the forfeiture. The government was directed to file proof of notice with this Court on or before Monday, February 28, 2005. The government did not file a response, Doc. 308, until Tuesday, March 15, 2005. The government sought leave to file out of time and demonstrated excusable neglect. Importantly, the government attached the necessary proof of notice to Defendant of his forfeiture.

    Accordingly, it is

**ORDERED AND ADJUDGED:**

Defendant's Motion to Set Aside Forfeiture is DENIED.

**DONE AND ORDERED** this   *20th*   day of May, 2005.

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge